ORIGINAL

FILED

AUG 18 2015

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OLIVER PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 15-712C |
| ) | (Judge E. Damich) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time, to and including October 8, 2015, within which to file its response to plaintiff's complaint. Defendant's response is currently due to be filed September 8, 2015. This is defendant's first request for an enlargement of time. Plaintiff has represented that he does not oppose this request.

There is good cause for this motion. Additional time is required to gather information, review relevant documents, and confer with agency personnel. Additional time is also needed to obtain supervisory review of our response. The requested extension should be sufficient to allow us adequate time to complete these tasks.

For the foregoing reasons, we respectfully request that the Court grant our motion for a 30-day enlargement of time within which to file our response to plaintiff's complaint, to and including October 8, 2015.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

FRANKLIN E. WHITE, JR.
Assistant Director

JOHN J. TODOR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 616-2382
Fax: (202) 514-8640

August 18, 2015                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of August, 2015, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT" addressed as follows:

OLIVER PARKER<br>
4900 North Ocean Blvd.<br>
No. 421<br>
Lauderdale by the Sea, FL 33308

_[signature]_