**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-712C
(Filed: February 17, 2016)

| | |
|---|---|
| OLIVER PARKER, | ) |
| | ) |
| *Pro Se* Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**FILED**
FEB 17 2016
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

The court is in receipt of defendant's status report (Docket No. 13), filed February 12, 2016, advising the court that Mr. Torchia informed defendant on January 20, 2016 via email (*See* Attachment A to Status Report) that he was authorized to state on behalf of Mr. Parker's estate and his spouse Lorene Parker, that a decision has been reached to not proceed further with the case. The government has moved to dismiss the case.

Based on the representations in the status report, the defendant's motion to dismiss is **GRANTED**. The Clerk of the Court shall issue a judgment **DISMISSING** the case.[1] No costs.

A copy of this order shall be mailed to Mr. Christopher F. Torchia.

Mr. Christopher F. Torchia
Torchia Law Firm, P.A.
522 S. Hunt Club Blvd. #326
Apopka, FL 32703-4960

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge

---

[1] Mr. Parker's estate need not file a response to the court's February 12, 2016 show cause order (Docket No. 12).